Cause No 07808 B    55,249-02

Ex Parte Eric Price

v

Texas

in The criminal court
of Appeals in Austin
And in the 220th Judicial
District of Hamilton TX.
76531.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk

## motion for speedy Trial

The case 07808 that is in the court of Appeals in Austin, And this case CR 07808 B was Reversed and Remanded to to court in Hamilton Tx, the 220th Judicial court were this case has been Agreed too by the silence of the state and it has been Agreed To by the Presiding Judge who has signed And Agreed, but the signature of Two (8) eights by the Judge is not A good signature, I need my Legal write to a speedy trial And to Let you know, I Am still held hostage in the Alfred Hughes Prison unit in Gatesville TX 76597, And the time for this crime which is simple Assault that is a misdemeanor Turned To a Third degree Felonie, Has already been done, So please Have them Releies me?

Eric Price
Eric Price          10-8-15